LARRY WILLIAM CORTINAS   P-09908
Name and Prisoner/Booking Number

C.S.P. SACRAMENTO
Place of Confinement

P.O. BOX 290066
Mailing Address

REPRESA, Ca  95671
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
May 27, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY WILLIAM CORTINAS
(Full Name of Plaintiff)
                            Plaintiff,

v.

(1) JALLA SOLTANIAN
(Full Name of Defendant)

(2) P. SAHOTA

(3) M. BOBBALA

(4) JEFF LYNCH
                            Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:20-cv-1067 EFB (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CALIFORNIA STATE PRISON SACRAMENTO

Revised 3/15/2016                               1

## B. DEFENDANTS

1. Name of first Defendant: JALLA SOLTANIAN. The first Defendant is employed as: PHYSICIAN "A" FACILITY at C.S.P. SACRAMENTO.
   (Position and Title)                     (Institution)

2. Name of second Defendant: P. SAHOTA. The second Defendant is employed as: CHIEF PHYSICIAN & SURGION at C.S.P. SACRAMENTO.
   (Position and Title)                     (Institution)

3. Name of third Defendant: M. BOBBALA. The third Defendant is employed as: CHIEF MEDICAL EXECUTIVE at C.S.P. SACRAMENTO.
   (Position and Title)                     (Institution)

4. Name of fourth Defendant: JEFF LYNCH. The fourth Defendant is employed as: WARDEN at C.S.P. SACRAMENTO.
   (Position and Title)                     (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: LARRY CORTINAS v. MORA
      2. Court and case number: 1:10-cv-02270 E.D. CAL
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed upon plaintiff motion

   b. Second prior lawsuit:
      1. Parties: Larry CORTINAS v. M. PORTILLO
      2. Court and case number: E.D. CAL 1:13-cv-01229
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) LOST 9th cir appeal over summary judgment

   c. Third prior lawsuit:
      1. Parties: Larry Cortinas v. J. SCALIA
      2. Court and case number: E.D CAL 1:14-cv-02015
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dimissed upon plaints motion

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

[PREVIOUS LAWSUITS CONTINUED FROM PAGE 2]

parties: Larry Cortinas -vs- C. Mc CABE E.D.CAL 1:16-cv-00558
Settled at conferrence march 2018

parties: Larry Cortinas -Vs- RAVIJOT GILL jr E.D CAL 1:18-cv-00515
Pending trial

parties Larry Cortinas -vs- M. HUERTA E.D CAL 1:17-cv-00130
Pending trial

Parties Larry Cortinas -vs- Mc Donald E.D. Cal
pending trial

parties Larry Cortinas -vs- Vasquez E.D. 1:19-cv-00367
Pending trial

Parties Larry Cortinas -vs- Gates E.D. Cal 2:19-cv-00395
Dismissed upon plaintiffs motion

Parties Larry Cortinas -vs- Kathleen ALLISON E.D. Cal
Dismissed upon plaintiffs motion.

parties Larry Cortinas -vs- David Baughman E.D. Cal 2:19-cv-1712
Pending screening for service

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: UNITED STATES CONSTITUTION AMENDMENT 8 cruel & unusual punishment and 14

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   JALLA SOLTANIAN removed all pain medication. My Methadone as punishment for Civil litigation. JALLA SOLTANIAN went against the Chief medical executive M. BOBBALA health Health Care Appeal Log Number 1900 1134 Date November 21, 2019. Jalla Soltanian Never examined me. Nor did He prescribe an alternative treatment. My Methadone medication Was a Long standing course of treatment. For Cervical and Lumbar disc damage, prescribed since 2016. Between Epidural injections. Here at California state prison Sacramento Five Physician from April 2019 prescribed Methadone. Plus ordered Epidural injections.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Cervical and Lumbar Disc damage, Extreme pain, my ability to sleep, to walk, to move, to go to the shower.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: United States Constitution Amendment 8 and 14.

2. **Claim II.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Chief Physician and Surgeon P. Sahota Authored a Health Care Appeal response Log Number 2000199 May 15, 2020 Stating I was receiving Tramadol (opiate) pain medication. When I had not received it since April 19, 2020. I wrote 25 times to P. Sahota and Chief Medical Exective M. BoBBALA, Informing them that NONE of the Health Care Appeal Log numbers were being Honored. Both P. Sahota and M. BoBBALA are physician. Both are in supervisor possession. Both are aware through review of my medical records. Via Health Care Appeal decisions written by Both Between November 2019 and May 15, 2020 of my Extreme cervical and Lumbar disc Damage.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   By Failing to enforce there written decisions, that opiate pain medication was necessary. I was forced to Live in Extreme pain which effected my daily activity functions, Unable to shower, walk, stand, sleep

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>United States Constitutional Amendments 8 and 14</u>

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Jeff Lynch warden of California State prison Sacramento was written and responded July 2019 and September 2019 on my behalf by the Prison Advocacy Network. About my medical treatment. He responded in writing that I was receiving Epidural injections and pain medication. In January 2020 I personally spoke to Him. plus wrote Him about being denied these treatments unless I agreed to dismiss my civil litigation against C.D.C.R. May 14, 2020 Correctional Lieutant Anderson copied Health Care Appeal Log Number 1900127 Dated April 22, 2020 Which stated I was receiving Tramadel [opiate] Pain medication For my Cervical and Lumbar Disc Damage. Anderson said I will fax it to the warden, to the Chief Medical Executive, to find out why you are being denied the treatment awarded in the Director Level Appeal.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Incorporation of Claim 1 and 2. Extreme pain, preventing sleep and Daily activity functions. The ability to go outside to shower, to think.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## D. CAUSE OF ACTION

### CLAIM IV

1. State the constitutional or other federal civil right that was violated: <u>United State Constitutional amendment 14</u>

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: 42 USC 12101 Section 504 of Rehabilitation act

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   My physical and mental disability is the reason Jalla Soltanian has been allowed to take Reprisal. Incorperate Claim 1 and 2 facts. The E-mail attached to my medical file After November 22, 2019. When the Medical department of C.D.C.R. was E-served by the United States District Court Clerk of the Fresno Div. Is the sole thing that changed between November 21, 2019 treatment. The threat that Jalla Soltanian made December 3, 2019 of stopping all medical care, unless I dismissed my civil litigation Than followed through with at every opportunity. December 3, 2019 January 5, 2020 and April 19, 2020, Soltanian refused to honor the Health Care Appeal Decisions. In log numbers 1900/134, 1900/27, 1900/350, 2000/019

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Pain and extreme infliction, activity of Daily functions, showering sleeping, standing, walking, going outside, all taken away due to pain. Incorperate Claims 1,2,3 into this area.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ___

## E. REQUEST FOR RELIEF

State the relief you are seeking:

$ 25,000.00 dollars per defendant INJECTIVE RELIEF IN MEDICATION AND TREATMENT

JUDICAL NOTICE OF PLATA -vs- NEWSOM case No: 01-cv-01351 jst 2020 WL 1675775 ED Cal

PUNATIVE DAMAGES DETERMINED BY JURY

ANY OTHER RELIEF THE COURT DEEMS PROPER

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2020
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

LARRY WILLIAM CORTINAS P-09908
C.S.P. SACRAMENTO
P.O. BOX 290066
REPRESA, Ca 95671

Plaintiff Pro-se

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS<br>　　　　Plaintiff<br><br>Vs<br><br>JALLA SOLTANIAN  et al<br>　　　　Defendants | CASE No:<br>PLAINTIFF AFFIDAVIT IN SUPPORT<br>OF REQUEST FOR AN PRELIMINARY<br>INJUCTION & TEMPORARY RESTRAINING<br>ORDER |

I LARRY WILLIAM CORTINAS P-09908 here-in declare the following true. November 21,2019 chief medical executive M. BOBBALA stated in written response. That (5) mg of methadone in the morning and (10) mg of methadone at night was the correct amount of opiate pain medication. In Health Care Appeal # 19001134. November 22,2019 California Department of Corrections was E-Serviced a complaint from the United States District Court of Eastern District of California (FRESNO DIV) Case No 1:18-cv-00515 JDP. November 26,2019 I was seen by Physician ARYA who informed me that an E-MAIL was attached to my medical file. Directing the physician to STOP all my pain treatment. **UNLESS I DISMISSED MY CIVIL LITIGATION.** Physician ARYA said he would not become apart of this. So he scheduled me to be seen by PHYSICIAN JALLA SOLTANIAN. I wrote a health care appeal recounting exactly what was going to happen at my next physician visit. Unless I ended my LITIGATION. I filed it November 27,2019. **DECEMBER 3,2019** Physician Jalla Soltanian did exactly what the E-mail directed. **AS FOLLOWS** 1) SOLTANIAN took my methadone by reducing it to zero over the next 30 days. 2) Took my CANE & WALKER mobility assistance from me. 3) placed me into a wheelchair under threat of suicide watch housing if I refused. 4) Removed my Cervical & wedge Pillow & neck brace.

without examination of my body. 5) Stated that if I dismissed the Civil Litigation against C.D.C.R.[California dept of corrections & rehabilations herein reffed to as CDCR] 6) the placement into a wheelchair was done to force a transfer. As CDCR SACRAMENTO is not wheelchair accessible. 7) That would mean placement into Ad-seg [lock-up] as the wheelchair ramp was being removed. It was removed in FEBRARY 2020. 8) December 20,2019 I turned in the wheelchair. 9) January 5,2020 all medication was stopped as reprisal. 10) Physician Soltanian saw me and told me that unless I acepted the wheelchair I would not receive any medication for my blood pressure or tylenol for pain. 11) I wrote a health care appeal stating that on Febrary 5,2020 I would get my medication back when I accepted the wheelchair. I did this on January 31,2020. I mailed a Letter to Governor Gavin Newsom. Stating That If my Statements are true than on Febrary 5,2020 I will receive my medication. As I am predicting the future. 12) Febrary 5,2020 I accepted the wheelchair and received all my medication back. Minus the Methadone. 13)March19,2020 I was seen by **PHYSICIAN MA** who gave me back my cane and prescribed TRAMADOL[opiate] pain medication.14) Chief physician & surgeon P. SAHOTA and ⸺ health Care appeals Chief S. GATES in log number 19001271 dated april 22,2020. Stated I was receiving TRAMADOL.15) May 15,2020 in health care appeal log number 2000199 authored by M. BOBBALA stated that I was receiving TRAMADOL and had Epidural injections for my CERVICAL & LUMBAR scheduled to begin in JULY 2020. It will Take 60 days for these injections to be completed.

16) I have not received any pain medication since APRIL 19,2020 As Jalla SOLTANIAN took control of my medical care. He refused to write the prescription. To honor the health care appeal federal receivership decision. 17) My pain is so extreme I cannot stand or walk more than 50 yards or stand for five minutes. I cannot sleep at night. I have suicial thoughts to end my pain.

UNDER PENALTY OF PERJURY THE ABOVE IS TRUE AND CORRECT EXECUTE ON MAY 27,2020 in represa,ca 95671

*Larry William Cortinas*
LARRY WILLIAM CORTINAS P-09908
PLAINTIFF PETITIONER PRO-se

2 of 2