# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS, | Case No. 2:20-cv-1067-JAM-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| JALLA SOLTANIAN, *et al.*, | |
| Defendants. | |

Good cause appearing, the court grants Defendant P. Sahota's request for an extension of time to file her responsive pleadings to Plaintiff's Complaint. ECF No. 25. Defendant P. Sahota will have additional time to file her responsive pleading, up to and including February 26, 2021.

IT IS SO ORDERED.

Dated:   January 12, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE