UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>Plaintiff,<br><br>v.<br><br>JALLA SOLTANIAN, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-01067-DAD-JDP (PC)<br><br>**ORDER**<br><br>(1) DENYING PLAINTIFF'S MOTIONS TO PROVE DISCOVERY VIOLATION;<br><br>(2) DENYING PLAINTIFF'S MOTION FOR A FORTY-FIVE DAY STAY; AND<br><br>(3) GRANTING DEFENDANT LYNCH'S REQUEST FOR BRIEFING INFORMATION<br><br>ECF Nos. 136, 138, 140, & 142 |

Pending are plaintiff's motions to prove a discovery violation, ECF Nos. 136 & 140, and motion for a forty-five day stay, ECF No. 138. All of these motions are denied for the reasons stated hereafter. Finally, I will grant defendant Lynch's request for briefing information and direct a response to plaintiff's pending motion for a court order or hearing, ECF No. 139. In light of that, I will defer ruling on that motion until briefing is concluded.

**Motions for Discovery Sanctions**

Plaintiff has filed two motions seeking to prove the appropriateness of discovery sanctions against defendants. ECF Nos. 136 & 140. He alleges that discovery responses received in another case prove that defendants have withheld documents from him in this case. ECF No. 140 at 1. These motions will be denied without prejudice to renewal. Plaintiff has failed to draw a line between the discovery requests he submitted in this case and the documents allegedly withheld. Absent that explanation, I cannot determine if defendants shirked any of their discovery obligations or whether sanctions of any type are appropriate. If plaintiff renews one or both motions, defendants should file a response within the time contemplated by the local rules.

**Motion for Stay**

Plaintiff requests a stay of all proceedings because of his release from prison. ECF No. 138. This motion was filed on March 1, 2024, and, as of now, there are no pending deadlines that plaintiff has indicated he is unable to meet. If a motion is filed, or some other deadline arises, and plaintiff requires additional time, he may move for a reasonable extension. Accordingly, this motion is denied.

**Request for Briefing Information**

Finally, defendant Lynch has filed a request, ECF No. 142, asking if I would like him to file a brief addressing plaintiff's recent motion that seeks to modify the conditions the CDCR has set for his parole, ECF No. 139. I will grant this request and affirm that such briefing would be helpful. Such briefing should be filed within twenty-one days of this order's entry. Any reply by plaintiff should be filed within seven days of defendant's brief.

Accordingly, it is ORDERED that:

1. Plaintiff's motions for discovery sanctions, ECF Nos. 136 & 140, and his motion to stay, ECF No. 138, are DENIED without prejudice to renewal.

2. Defendant's request for briefing information, ECF No. 142, is GRANTED. That brief and plaintiff's reply, if any, should be filed within the deadlines specified above. I will defer ruling on plaintiff's motion for court order or hearing, ECF No. 139, until after briefing is completed.

IT IS SO ORDERED.

Dated:   May 13, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE