UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS, | No.  2:20-cv-01067-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| JALLA SOLTANIAN, et al., | (Doc. Nos. 124, 139, 145) |
| Defendants. | |

Plaintiff Larry William Cortinas is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 17, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendant Soltanian's motion for terminating sanctions (Doc. No. 124)[1] be denied, and that plaintiff's request for a court order, which the court construes as a motion for preliminary injunctive relief, (Doc. No. 139) be denied without prejudice.  (Doc. No. 145.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To date, no

[1]  On October 27, 2023, defendant Lynch filed a joinder to defendant Soltanian's motion for terminating sanctions.  (Doc. No. 125.)  Likewise, on October 30, 2023, defendant Sahota filed a joinder to defendant Soltanian's motion for terminating sanctions as well.  (Doc. No. 126.)  Thus, all three defendants remaining in this case seek the imposition of terminating sanctions.

objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on July 17, 2024 (Doc. No. 145) are adopted in full;

2.    Defendants' motion for terminating sanctions (Doc. Nos. 124, 125, 126) are denied;

3.    Plaintiff's motion for preliminary injunctive relief (Doc. No. 139) is denied; and

4.    This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 6, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2