UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS, | Case No. 2:20-cv-1067-DAD-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| JALLA SOLTANIAN, *et al.*, | |
| Defendants. | |

On November 13, 2024, the court ordered the parties to file status reports no later than December 13, 2024. ECF No. 147. Defendants timely submitted status reports. ECF Nos. 148 & 149. Plaintiff, however, did not. Therefore, on January 6, 2025, I ordered plaintiff (1) to show cause why this action should not be dismissed for his failure to comply with court orders, and (2) to file a status report by January 27, 2025. ECF No. 150. I warned plaintiff that failure to comply with the court order would result in a recommendation that this action be dismissed. *Id*. Plaintiff did not file a status report by January 27, 2025, and did not otherwise respond to the court's order. Accordingly, on February 25, 2025, I recommend that this action be dismissed based on plaintiff's failure to comply with court orders and failure to prosecute. ECF No. 151.

On March 26, 2025, plaintiff filed belated objections. ECF No. 152. Therein, he claims that he did not receive the court's order until March 21, 2025. He attributes this delay to his

1

parole agent.¹ On April 9, 2025, defendant Lynch filed a response. ECF No. 154. Therein, defendant argues that plaintiff was released from custody in April 2024 and has not taken any affirmative action to update his address with the court or to prosecute this action. *Id.* at 2.

In light of plaintiff's pro se status, the court will hold the February 25, 2025 findings and recommendations in abeyance and grant plaintiff twenty-one days to file a status report as directed in the court's November 13, 2024.² Should plaintiff fail to file a status report within twenty-one days of this order, I will submit the February 25, 2025, findings and recommendations to the district judge for consideration.

Accordingly, it is hereby ORDERED that:

1. The February 25, 2025 findings and recommendations, ECF No. 151, are held in abeyance.

2. Plaintiff shall file a status report, as directed by the court's November 13, 2024 order, within twenty-one days of this order.

3. Should plaintiff fail to comply with this order, the February 25, 2025 findings and recommendations will be submitted to the district judge for consideration.

4. The Clerk of Court is directed to re-serve ECF No. 147 on plaintiff.

IT IS SO ORDERED.

Dated:   April 28, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

¹ It appears that plaintiff may have been reincarcerated; his current address was updated to the Stanislaus County Detention Facility in March 2025.

² The court will direct the Clerk of Court to re-serve ECF No. 147 on plaintiff in light of the challenges he has apparently faced in receiving mail.