UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>   Plaintiff,<br><br>   v.<br><br>JALLA SOLTANIAN, *et al.*,<br><br>   Defendants. | Case No. 2:20-cv-1067-DAD-JDP (P)<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a county inmate proceeding pro se and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. Now, more than five years after the court granted plaintiff's application to proceed *in forma pauperis*, defendants move to revoke plaintiff's *in forma pauperis* status on the ground that he is a "three-striker" within the meaning of 28 U.S.C. § 1915(g) and that the "imminent danger" exception does not apply. ECF No. 157. In the alternative, defendants ask that the court direct plaintiff to file a new *in forma pauperis* application because he was briefly out of custody. Defendants' motion should be denied.

Defendants argue that plaintiff had incurred three strikes before he filed this action; *Cortinas v. Gillingham*, No. 5:99-cv-20730 (N.D. Cal.); *Cortinas v. Scalia*, No. 1:14-cv-2015 (E.D. Cal.); and *Cortinas v. Allison*, No. 1:19-cv-1244 (E.D. Cal.). ECF No. 157-1 at 6-7. The

1

final case, *Cortinas v. Allison*, however, does not count as a strike because plaintiff voluntarily dismissed that action. *See Spencer v. Barajas*, 140 F. 4th 1061, 1064, at *5 (9th Cir. 2025) ("Rule 41(a)(1) voluntary dismissals cannot count as strikes."). The undersigned is also disinclined to require plaintiff to file a renewed application because he is back in custody. ECF No. 157 at 3.

Accordingly, it is RECOMMENDED that defendants' motion to revoke plaintiff's *in forma pauperis* status, ECF No. 157, be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   September 3, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE