UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY WILLIAM CORTINAS,

Plaintiff,

v.

JALLA SOLTANIAN, et al.,

Defendants.

No.  2:20-cv-01067-DAD-JDP (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* STATUS

(Doc. Nos. 157, 164)

Plaintiff Larry Cortinas is a Stanislaus County jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 3, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to revoke plaintiff's *in forma pauperis* status on the ground that he is a "three-striker" within the meaning of 28 U.S.C. § 1915(g) be denied.  (Doc. No. 164.)  Specifically, the magistrate judge concluded that the third and final dismissal order relied upon by defendants in support of their motion was pursuant to plaintiff's voluntary dismissal of that action and did not count as a strike for purposes of § 1915(g) under binding Ninth Circuit authority.  (*Id.* at 2.)

/////

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 3, 2025 (Doc. No. 164) are adopted in full;

2. Defendants' motion to revoke plaintiff's *in forma pauperis* status (Doc. No. 157) is denied; and

3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **February 11, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE