UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY WILLIAM CORTINAS,

Plaintiff,

v.

JALLA SOLTANIAN, *et al.*,

Defendants.

Case No.  2:20-cv-1067-DAD-JDP (P)

ORDER

This case was filed nearly six years ago, on May 27, 2020.  ECF No. 1.  In recent years, the parties have primarily litigated the issue of whether discovery sanctions should issue against plaintiff, ECF Nos. 145 & 146, and whether his *in forma pauperis* status should be revoked, ECF Nos. 164 & 165.  Those issues appear to have been settled.  In the interest of furthering the litigation, I direct both parties to submit status reports within fourteen days of this order's entry. Those reports should discuss whether any additional discovery is needed, whether either party intends to file dispositive motions, and whether the parties are amenable to a settlement conference.

Additionally, I will withdraw the findings and recommendations at ECF No. 151 in light of plaintiff's compliance with my order at ECF No. 156.

1

Accordingly, it is ORDERED that:

1.   The findings and recommendations at ECF No. 151 are VACATED and WITHDRAWN.

2.   Within fourteen days of this order's entry, both parties shall file status reports with the court as indicated by this order.

IT IS SO ORDERED.

Dated:   April 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2