UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAMS CORTINAS,<br>Plaintiff,<br>v.<br>JALLA SOLTANIAN, Inc., *et al.*,<br>Defendants. | Case No. 2:20-cv-1067-DAD-JDP (P)<br><br>ORDER |

On April 14, 2026, I directed the parties to file status reports addressing whether additional discovery is needed, whether any party intends to file dispositive motions, and whether they believe settlement discussions would be fruitful. ECF No. 166. Defendants have all filed status reports. ECF Nos. 167, 168, & 169. Plaintiff filed his status report on July 8, 2026. ECF No. 171. Defendants indicate that additional discovery is needed to take plaintiff's deposition and state that they intend to file dispositive motions at some point thereafter. ECF No. 168 at 2. I will extend discovery so that defendants may take plaintiff's deposition and file any discovery related motions. I will also set a new deadline for dispositive motions, should any party choose to file one. The parties are advised that, given the age of this case and the extensive litigation over discovery issues, I am disinclined to offer any further extensions. Plaintiff is advised that his failure to sit for any properly noticed deposition will result in recommendations that terminating

sanctions issue. After the conclusion of discovery, if the parties are amenable to a settle conference, they may write the court and indicate as much.[1]

It is ORDERED that the schedule is modified as follows:

a. Defendants shall have sixty days from the issuance of this order to notice and take plaintiff's deposition.

b. Any discovery-related motions must be filed within ninety days of this order's entry.

c. Any dispositive motion must be filed within one-hundred and fifty days from the date of this order's entry.

IT IS SO ORDERED.

Dated: September 11, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[1] The dispositive motions deadline will be moved as necessary, if a settlement conference is scheduled.